UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:23-cv-81512-AMC

HOWARD COHAN,

    Plaintiff,

vs.

HOLIDAY CVS, L.L.C.
Florida Limited Liability Company

    Defendant(s).
_____/

## JOINT NOTICE OF SETTLEMENT

    The Plaintiff, HOWARD COHAN and the Defendant, HOLIDAY CVS, L.L.C., Florida Limited Liability Company, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

    RESPECTFULLY SUBMITTED March 27, 2024.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Steven M. Appelbaum** |
| Gregory S. Sconzo, Esq. | Steven M. Appelbaum, Esq. |
| Florida Bar No.: 0105553 | Florida Bar No. 71399 |
| Sconzo Law Office, P.A. | Saul Ewing LLP |
| 3825 PGA Boulevard, Suite 207 | Counsel for Defendant |
| Palm Beach Gardens, FL 33410 | 515 North Flagler Drive, Suite 1400 |
| Telephone: (561) 729-0940 | West Palm Beach, Florida 33401 |
| Facsimile: (561) 491-9459 | Telephone: (305) 428-4500 |
| Email: greg@sconzolawoffice.com | Facsimile: (305) 374-4744 |
| Email: perri@sconzolawoffice.com | E-Mail: steven.appelbaum@saul.com |
| Attorney for Plaintiff | susan.lewis@saul.com |
| | wpb-ctdocs@saul.com |

1

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 27, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                     **/s/ Gregory S. Sconzo**
                                                     **Gregory S. Sconzo, Esq.**