UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

HOWARD COHAN,

      Plaintiff,

                                               CASE NO.:  9:23-cv-81512-AMC

vs.


HOLIDAY CVS, L.L.C.
Florida Limited Liability Company

      Defendant(s).
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HOWARD COHAN and the Defendant, HOLIDAY CVS, L.L.C., Florida Limited Liability Company, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against HOLIDAY CVS, L.L.C., Florida Limited Liability Company; (3) and the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement.

      RESPECTFULLY SUBMITTED April 26, 2024.

By: **/s/ Gregory S. Sconzo**

Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: perri@sconzolawoffice.com
Attorney for Plaintiff

By: **/s/ Steven M. Appelbaum**

Steven M. Appelbaum, Esq.
Florida Bar No. 71399
Saul Ewing LLP
Counsel for Defendant
515 North Flagler Drive, Suite 1400
West Palm Beach, Florida 33401
Telephone: (305) 428-4500
Facsimile: (305) 374-4744
E-Mail: steven.appelbaum@saul.com
susan.lewis@saul.com
wpb-ctdocs@saul.com

1

2

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on April 26, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

  **/s/ Gregory S. Sconzo**
**Gregory S. Sconzo, Esq.**