UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-81512-CIV-CANNON/McCabe

**HOWARD COHAN,**

    Plaintiff,

v.

**HOLIDAY CVS, L.L.C.,**

    Defendant.
_____/

### ORDER CLOSING CASE AND DISMISSING WITH PREJUDICE

**THIS CAUSE** comes before the Court upon the parties' Joint Stipulation of Voluntary Dismissal with Prejudice, filed on April 26, 2024 [ECF No. 17]. Pursuant to Rule 41(a)(1)(A)(ii), the Stipulation of Dismissal, signed by all parties who have appeared, is self-executing and dismisses the case "effective immediately upon filing." *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012). As such, this case is **DISMISSED WITH PREJUDICE**, effective April 26, 2024, the date on which the parties filed their Stipulation of Dismissal [ECF No. 17]. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    The Clerk of Court is directed to **CLOSE** this case.

    **DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 27th day of April 2024.

                                                          _____
                                                          AILEEN M. CANNON
                                                          UNITED STATES DISTRICT JUDGE

cc:    counsel of record